IN THE SUPREME COURT OF THE STATE OF MONTANA
CAUSE NO. DA 21-0454

STATE OF MONTANA,

      Plaintiff and Appellee,

and

NEIL LYNN NUNES,

      Defendant and Appellant.

## ORDER

Upon consideration of Appellant's motion for extension of time, and good cause appearing,

IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including October 30, 2023, to prepare, file, and serve Appellant's opening brief on appeal.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 26 2023